```
        UNITED STATES
        DISTRICT COURT
     SOUTHERN DISTRICT OF CALIFORNIA
           SAN DIEGO DIVISION

     # 145454      - SR

       December 12, 2007
           15:39:07

         Habeas Corpus
USAO #.: HABEAS 07CV2257
Judge..: IRMA E GONZALEZ
Amount.:                    $5.00 CK
Check#.: STOFCA#052774


       Total->   $5.00


FROM: THOMAS V. KRAMER
      HABEAS
```

FILED

07 DEC -7 PM 12:29

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ANGEL THOMAS,<br><br>            Petitioner,<br><br>     v.<br><br>M. C. KRAMER, Warden, et al.,<br><br>            Respondents. | Civil No.   07cv2257-IEG (BLM)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner, a state prisoner proceeding pro se, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, but has failed to pay the $5.00 filing fee and has failed to move to proceed in forma pauperis. Because this Court cannot proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed in forma pauperis, the Court **DISMISSES** the case without prejudice. See Rule 3(a), 28 U.S.C. foll. § 2254. If Petitioner wishes to proceed with this case, he must submit, **no later than February 4, 2008,** a copy of this Order with the $5.00 fee or with adequate proof of his inability to pay the fee. The Clerk of Court shall send a blank Southern District of California In Forma Pauperis Application to Petitioner along with a copy of this Order.

**IT IS SO ORDERED.**

DATED: 12/7/07

_____
Irma E. Gonzalez, Chief Judge
United States District Court

CC:     ALL PARTIES

-1-

07cv2257