UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ANGEL THOMAS,<br><br>            Plaintiff,<br><br>    v.<br><br>M.C. KRAMER, Warden,<br><br>            Defendant. | Civil No. 07cv2257-IEG (BLM)<br><br>**ORDER GRANTING REQUEST FOR ENLARGEMENT OF TIME TO FILE MOTION TO DISMISS OR ANSWER**<br><br>[Doc. No. 6] |

On February 8, 2008, Respondent in the above matter requested an enlargement of time to file a motion to dismiss or, alternatively, an answer. Doc. No. 6. In support, he noted his counsel's February 11, 2008 medical procedure and upcoming vacation abroad. Id. Respondent's request is hereby **GRANTED** as follows.

    1.   If Respondent contends the Petition can be decided without the Court's reaching the merits of Petitioner's claims (e.g., because Respondent contends Petitioner has failed to exhaust any state remedies as to any ground for relief alleged in the Petition, or that the Petition is barred by the statute of limitations, or that the Petition is subject to dismissal under Rule 9 of the Rules Governing § 2254 Cases, or that all of the claims are

1  procedurally defaulted, or that Petitioner is not in custody),
2  Respondent shall file a motion to dismiss pursuant to Rule 4 of the
3  Rules Governing § 2254 Cases no later than **April 7, 2008**.  The
4  motion to dismiss shall not address the merits of Petitioner's
5  claims, but rather shall address <u>all</u> grounds upon which Respondent
6  contends dismissal without reaching the merits of Petitioner's
7  claims is warranted.  At the time the motion is filed, Respondent
8  shall lodge with the Court all records bearing on Respondent's
9  contention in this regard.  A hearing date is <u>not</u> required for the
10 motion to dismiss.

11       If Respondent contends Petitioner has failed to exhaust any
12 state remedies as to any ground for relief alleged in the Petition,
13 the Motion to Dismiss shall also specify the state remedies still
14 available to Petitioner.

15       2.   If Respondent files a motion to dismiss, Petitioner
16 shall file his opposition, if any, to the motion no later than **April
17 28, 2008**.  At the time the opposition is filed, Petitioner shall
18 lodge with the Court any records not lodged by Respondent which
19 Petitioner believes may be relevant to the Court's determination of
20 the motion.

21       3.   Unless the Court orders otherwise, Respondent shall not
22 file a reply to Petitioner's opposition to a motion to dismiss.  If
23 the motion is denied, the Court will afford Respondent adequate time
24 to respond to Petitioner's claims on the merits.

25       4.   If Respondent does not contend that the Petition can be
26 decided without the Court reaching the merits of Petitioner's
27 claims, Respondent shall file and serve an answer to the Petition,
28 <u>as well as points and authorities in support of such answer</u>, no

1 later than **April 7, 2008**.  At the time the answer is filed,
2 Respondent shall lodge with the Court all records bearing on the
3 merits of Petitioner's claims.  The lodgments shall be acocmpanied
4 by a notice of lodgment which shall be captioned "**Notice of Lodgment**
5 **in 28 U.S.C. § 2254 Habeas Corpus Case- To be Sent to Clerk's**
6 **Office**."  Respondent shall not combine separate pleadings, orders or
7 other items into a combined lodgment entry.  Each item shall be
8 numbered separately and sequentially.

     5.   Petitioner may file a traverse to matters raised in the answer no later than **May 5, 2008**.  Any traverse by Petitioner (a) shall state whether Petitioner admits or denies each allegation of fact contained in the answer; (b) shall be limited to facts or arguments responsive to matters raised in the answer; and (c) shall not raise new grounds for relief that were not asserted in the Petition.  Grounds for relief withheld until the traverse will not be considered.  No traverse shall exceed ten (10) pages in length absent advance leave of Court for good cause shown.

     6.   A request by a party for an extension of time within which to file any of the pleadings required by this Order should be made in advance of the due date of the pleading, and the Court will grant such a request only upon a showing of good cause.  Any such request shall be accompanied by a declaration under penalty of perjury explaining why an extension of time is necessary.

     7.   Unless otherwise ordered by the Court, this case shall be deemed submitted on the day following the date Petitioner's opposition to a motion to dismiss and/or his traverse is due.

     8.   Every document delivered to the Court must include a certificate of service attesting that a copy of such document was

1 | served on opposing counsel (or on the opposing party, if such party
2 | is not represented by counsel).  Any document delivered to the Court
3 | without a certificate of service will be returned to the submitting
4 | party and disregarded by the Court.
5 |        9.   Petitioner shall immediately notify the Court and
6 | counsel for Respondent of any change of Petitioner's address.  If
7 | Petitioner fails to keep the Court informed of where Petitioner may
8 | be contacted, this action will be subject to dismissal for failure
9 | to prosecute.
10 |       **IT IS SO ORDERED.**
11 | DATED:  February 19, 2008
12 |
13 |                              BARBARA L. MAJOR
                                 United States Magistrate Judge
14 |
15 | COPY TO:
16 | HONORABLE IRMA E. GONZALEZ
     UNITED STATES DISTRICT JUDGE
17 |
     ALL COUNSEL AND PARTIES
18 |