1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GARY W. SCHONS
Senior Assistant Attorney General
4 | PETER QUON, JR.
Supervising Deputy Attorney General
5 | KARL T. TERP, State Bar No. 131680
Deputy Attorney General
6 |  110 West A Street, Suite 1100
  San Diego, CA 92101
7 |  P.O. Box 85266
  San Diego, CA 92186-5266
8 |  Telephone: (619) 645-2194
  Fax: (619) 645-2191
9 |  Email: Karl.Terp@doj.ca.gov

10 | Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIC ANGEL THOMAS,**<br><br>                    Petitioner,<br><br>        v.<br><br>**M. C. KRAMER, Warden,**<br><br>                    Respondent. | 07CV2257-IEG (BLM)<br><br>**NOTICE OF LODGMENT IN 28 U.S.C. § 2254 HABEAS CORPUS CASE TO BE SENT TO CLERK'S OFFICE**<br><br>Judge: The Honorable<br>           Barbara L. Major |

Respondent hereby lodges copies with this Court which *need not be returned* to Respondent:

    1.    Clerk's transcript on appeal, *People v. Eric Thomas*, California Court of Appeal, case number D049171, Volume 1 of 1.

    2.    Opinion on appeal, *People v. Eric Thomas*, California Court of Appeal, case number D049171, filed April 17, 2007.

    3.    Petition for writ of habeas corpus, *Eric Thomas v. People*, California Supreme Court, case number S153425, filed June 11, 2007.

4. Denial of petition for writ of habeas corpus, *In re Eric Thomas on Habeas Corpus*, California Supreme Court, case number S153425, filed October 31, 2007.

5. Reporter's transcript of preliminary hearing, *People v. Eric Thomas*, California Superior Court, case number CD197488, dated April 13, 2006.

6. Reporter's transcript on appeal Volume 2, *People v. Eric Thomas*, California Court of Appeal, case number SCD197488.

7. Reporter's transcript on appeal Volume 3, *People v. Eric Thomas*, California Court of Appeal, case number SCD197488.

8. Reporter's transcript on appeal Volume 4, *People v. Eric Thomas*, California Court of Appeal, case number SCD197488.

9. Reporter's transcript on appeal Volume 5, *People v. Eric Thomas*, California Court of Appeal, case number SCD197488.

Dated: April 7, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

PETER QUON, JR.
Supervising Deputy Attorney General


/s/ KARL T. TERP

KARL T. TERP
Deputy Attorney General
Attorneys for Respondent

KTT:lr
LODGMENT.wpd
SD2007701200

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Thomas v. Kramer**

No.:   **07CV2257-IEG (BLM)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On April 7, 2008, I served the attached **NOTICE OF LODGMENT IN 28 U.S.C. § 2254 HABEAS CORPUS CASE TO BE SENT TO CLERK'S OFFICE** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Eric Angel Thomas
CDC # T-68246
F 1-3-104U
P.O. Box 79001
San Diego, CA 92179

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 7, 2008, at San Diego, California.

|  Laura Ruiz  |  _/s/ Laura Ruiz_  |
| :---: | :---: |
| Declarant | Signature |

80225076.wpd